```
        IN THE UNITED STATES DISTRICT COURT
        FOR THE MIDDLE DISTRICT OF ALABAMA
                  NORTHERN DIVISION
```

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CASE NO. 2:07cr260-MHT |
| | ) | |
| **WILLIAM TOBY KIMBROUGH** | ) | |

### UNITED STATES' MOTION TO SUBSTITUTE COUNSEL

Comes now the United States of America, by and through Leura G. Canary, United States Attorney, Middle District of Alabama, and hereby moves the Court to substitute Assistant United States Attorney Tommie Brown Hardwick, as counsel for the United States of America in this matter in place of former Assistant United States Attorney John T. Harmon.

Respectfully submitted this 21st day of March, 2008.

```
                          LEURA G. CANARY
                          UNITED STATES ATTORNEY


                          /s/Tommie Brown Hardwick
                          TOMMIE BROWN HARDWICK
                          Assistant United States Attorney
                          Bar Number: ASB4152 W86T
                          131 Clayton Street
                          Montgomery, Alabama 36104
                          Phone: (334) 223-7280
                          Fax:   (334) 223-7135
                          E-mail: tommie.hardwick@usdoj.gov
```

**CERTIFICATE OF SERVICE**

I hereby certify that on March 21, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Respectfully submitted,

**/s/Tommie Brown Hardwick**
TOMMIE BROWN HARDWICK
Assistant United States Attorney