IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:07cr260-MHT |
| **WILLIAM TOBY KIMBROUGH** | ) | |

## ORDER

It is ORDERED that the motion to substitute counsel (Doc. No. 20) is granted.

DONE, this the 24th day of March, 2008.

　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**