IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07cr260-MHT |
| | ) | |
| WILLIAM TOBY KIMBROUGH | ) | |

MOTION FOR ORDER DIRECTING THE UNITED STATES
MARSHAL TO RELEASE CUSTODY OF PRISONER

Comes now the United States of America, by and through Leura G. Canary,

United States Attorney for the Middle District of Alabama, and moves this Honorable Court for

an order directing the United States Marshal, Middle District of Alabama, to release from their

custody William Toby Kimbrough, into the custody of Doug Walters/DEA Task Force, or any

Officer of the Montgomery Police Department, from May 13, 2008, through December 31, 2008,

so that said agents can take such prisoner into custody without the necessity of the presence of a

Deputy United States Marshal.  We further move the Court to enter an order directing Doug

Walters and/or any Officer of the Montgomery Police Department to return said prisoner into the

custody of the United States Marshals Service when they have finished with him.

Respectfully submitted this the 8th day of May, 2008.

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/Nathan D. Stump
NATHAN D. STUMP
131 Clayton Street
Montgomery, Alabama 36104
Phone: (334) 223-7280
FAX: (334) 223-7135
E-mail: nathan.stump@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA )
)
v. ) CR. NO. 2:07cr260-MHT
)
WILLIAM TOBY KIMBROUGH )

## CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2008, I electronically filed the foregoing with the Clerk of

the Court using the CM/ECF system which will send notification of such filing to the following:

Aylia McKee, Esq.

Respectfully submitted,

/s/Nathan D. Stump
NATHAN D. STUMP
131 Clayton Street
Montgomery, AL 36104
Phone: (334) 223-7280
Fax: (334) 223-7135
E-mail: nathan.stump@usdoj.gov

3

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA          )
                                  )
          v.                      )          CR. NO. 2:07cr260-MHT
                                  )
WILLIAM TOBY KIMBROUGH            )

ORDER

Upon consideration of the government's motion for release of prisoner filed on May 8, 2008,

and for good cause, it is

ORDERED that the motion be and hereby is GRANTED.

It is further ORDERED that the United States Marshals Service shall release custody of

William Toby Kimbrough from May 13, 2008, through December 31, 2008, so that said agents can

take such prisoner into custody without the necessity of the presence of a Deputy United States

Marshal.  It is also

ORDERED that Doug Walters/DEA Task Force or any Officer of the Montgomery Police

Department, shall return said prisoner into the custody of the United States Marshals Service when

they have finished with him.

DONE this _____ day of May, 2008.


_____
UNITED STATES MAGISTRATE JUDGE