IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | CR. NO. 2:07cr260-MHT |
| ) | |
| WILLIAM TOBY KIMBROUGH ) | |

### ORDER

Upon consideration of the Government's *Motion for Order Directing the United States Marshal To Release Custody of Prisoner* (Doc. 22, filed May 8, 2008) and for good cause, it is **ORDERED** that the motion is **GRANTED**.

It is further **ORDERED** that the United States Marshals Service shall release custody of William Toby Kimbrough from May 13, 2008, through December 31, 2008, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal.

It is further **ORDERED** that Doug Walters/DEA Task Force or any Officer of the Montgomery Police Department, shall return said prisoner into the custody of the United States Marshals Service when they have finished with him.

DONE this 9th day of May, 2008.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE