# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> V. <br><br> WILLIAM TOBY KIMBROUGH, DEFENDANT. | CASE NUMBER <br><br> 2:07-CR-00260-MHT |

## MOTION TO CONTINUE

**COMES NOW** the defendant, William Toby Kimbrough, by and through the undersigned counsel and moves this Honorable Court to continue his pretrial conference by stating the following:

1. The undersigned counsel anticipates being appointed to represent the Defendant.

2. A Pre-trial conference is scheduled for May 19, 2008 at 11:00 a.m.

3. In order to prepare a proper defense, Counsel will need additional time to review the discovery, discuss same with the Defendant and review the law applicable to the case.

4. Counsel has spoken to the Government and there is no objection to the requested continuance.

**WHEREFORE, THE PREMISES CONSIDERED**, Defendant prays that this Honorable Court will grant the foregoing and continue the Defendant's Pretrial Conference.

**RESPECTFULLY SUBMITTED** this the 14th day of May, 2008.

/s/ Daniel G. Hamm
_____
DANIEL G. HAMM (HAM043)
ATTORNEY FOR THE DEFENDANT
560 S. MCDONOUGH ST., STE. A
MONTGOMERY, ALABAMA 36104
TELEPHONE    334-269-0269
FAX          334-323-5666

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed this Motion to Continue with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following: Nathan D. Stump, Assistant United States Attorney, Post Office Box 197, Montgomery, Alabama 36101-0197.

**DONE** this the 14th day of May, 2008.

/s/ Daniel G. Hamm

DANIEL G. HAMM (HAM043)
ATTORNEY FOR THE DEFENDANT
560 S. MCDONOUGH ST., STE. A
MONTGOMERY, ALABAMA 36104
TELEPHONE    334-269-0269
FAX          334-323-5666