IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| V. | ) | CASE NO: 2:07cr260-MHT |
| | ) | |
| **WILLIAM TOBY KIMBROUGH** | ) | |

## MOTION TO WITHDRAW AS COUNSEL

**NOW COMES** the Defendant, by and through the undersigned counsel and respectfully moves this Court to withdraw as appointed counsel for **WILLIAM TOBY KIMBROUGH**, in the above-styled matter.

In support of this Motion, defendant would show:

1. That undersigned counsel has discovered that a conflict exists between the interest of Mr. Kimbrough and the interests of another client of this office, which requires undersigned counsel and this office to withdraw from both representations.

2. On behalf of Mr. Kimbrough, undersigned counsel requests that CJA panel attorney Daniel Hamm be appointed to represent him in all further proceedings in this case. Attorney Hamm is aware of the time sensitivity of this conflict and has agreed to provide representation in this matter, if the Court approves.

**WHEREFORE**, undersigned counsel prays that the office of the Federal Defenders be permitted to withdraw from the representation of Mr. Kimbrough.

Dated this 14th day of May, 2008.

       Respectfully submitted,

       s/ Aylia McKee
       AYLIA MCKEE
       Assistant Federal Defender
       201 Monroe Street, Suite 407
       Montgomery, Alabama 36104
       Phone: (334) 834-2099
       Fax: (334) 834-0353
       E-mail: aylia_mckee@fd.org
       ASB-6178-A39M

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| V. | ) | **CASE NO: 2:07cr260-MHT** |
| | ) | |
| **WILLIAM TOBY KIMBROUGH** | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Nathan Stump, Esq., Assistant United States Attorney.

Respectfully submitted,

s/ Aylia McKee
AYLIA MCKEE
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: aylia_mckee@fd.org
ASB-6178-A39M