IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.    ) | **CRIMINAL ACTION NO.** |
| ) | **2:07cr260-MHT** |
| **WILLIAM TOBY KIMBROUGH**  ) | |

### ORDER

It is ORDERED that the motion to withdraw as counsel (Doc. No. 27) is granted.

DONE, this the 15th day of May, 2008.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**