IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07cr260-MHT |
| | ) | |
| WILLIAM TOBY KIMBROUGH | ) | |

## **ORDER**

Pending before the Court is Defendant's *Motion to Continue* (Doc. 26, filed May 14, 2008) relating to the Pretrial Conference set for May 19, 2008. For good cause, it is **ORDERED** that the motion is **DENIED as moot**.

DONE this 20th day of May, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE