IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


UNITED STATES OF AMERICA    )
                           )
        v.                 )   CRIMINAL ACTION NO.
                           )    2:07cr260-MHT
WILLIAM TOBY KIMBROUGH    )

<u>ORDER</u>

It is ORDERED that the motion to continue trial (Doc. No. 30) is denied.  While defense counsel has made only a recent appearance, he does not explain why he cannot be ready for trial by June 23, 2008--especially, since he still has over a month to prepare for trial and can rely on the work of previous counsel.

DONE, this the 20th day of May, 2008.


      <u>/s/ Myron H. Thompson</u>
    UNITED STATES DISTRICT JUDGE