# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>WILLIAM TOBY KIMBROUGH, DEFENDANT | CASE NUMBER<br><br>2:07-CR-00260-MHT |

## NOTICE OF INTENT TO CHANGE PLEA

**COMES NOW,** the defendant, William Toby Kimbrough, by and through the undersigned counsel and notifies this Honorable Court of his intent to change his plea from not guilty to guilty. Defendant waives his right to plea in front of a District Judge and consents to do so before a Magistrate Judge. The Defendant's Counsel will be out of town on Friday June 13, 2008, and ask that the change of plea hearing not be set on this date.

**RESPECTFULLY SUBMITTED** this the 11th day of June, 2008.

/s/ Daniel G. Hamm
DANIEL G. HAMM (HAM043)
ATTORNEY FOR THE DEFENDANT
560 S. MCDONOUGH ST., STE. A
MONTGOMERY, ALABAMA 36104
TELEPHONE    334-269-0269
FAX               334-323-5666

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed this Notice of Intent to Change Plea with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following: Nathan D. Stump, Assistant United States Attorney, Post Office Box 197, Montgomery, Alabama 36101-0197.

**DONE** this the 11th day of June, 2008.

/s/ Daniel G. Hamm
---
DANIEL G. HAMM (HAM043)
ATTORNEY FOR THE DEFENDANT
560 S. MCDONOUGH ST., STE. A
MONTGOMERY, ALABAMA 36104
TELEPHONE    334-269-0269
FAX          334-323-5666