IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07cr260-MHT |
| | ) | |
| WILLIAM TOBY KIMBROUGH | ) | |

## MOTION FOR ORDER DIRECTING THE UNITED STATES MARSHAL TO RELEASE CUSTODY OF PRISONER

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and moves this Honorable Court for an order directing the United States Marshal, Middle District of Alabama, to release from their custody William Toby Kimbrough, into the custody of any Special Agent with the Federal Bureau of Investigation, from August 7, 2008, through September 7, 2008, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal. We further move the Court to enter an order directing any Special Agent of the Federal Bureau of Investigation to return said prisoner into the custody of the United States Marshals Service when they have finished with him.

Respectfully submitted this the 6th day of August, 2008.

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/Nathan D. Stump
NATHAN D. STUMP
131 Clayton Street
Montgomery, Alabama 36104
Phone: (334) 223-7280
FAX: (334) 223-7135
E-mail: nathan.stump@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA      )
      )
     v.      )  CR. NO. 2:07cr260-MHT
      )
WILLIAM TOBY KIMBROUGH      )

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 6, 2008, I electronically filed the foregoing with the Clerk

of the Court using the CM/ECF system which will send notification of such filing to the

following: Daniel G. Hamm, Esq.

                           Respectfully submitted,

                           /s/Nathan D. Stump
                           NATHAN D. STUMP
                           131 Clayton Street
                           Montgomery, AL 36104
                           Phone: (334) 223-7280
                           Fax: (334) 223-7135
                           E-mail: nathan.stump@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA    )
                             )
       v.                  )      CR. NO. 2:07cr260-MHT
                             )
WILLIAM TOBY KIMBROUGH   )

ORDER

Upon consideration of the government's motion for release of prisoner filed on August 6,

2008,  and for good cause, it is

ORDERED that the motion be and hereby is GRANTED.

It is further ORDERED that the United States Marshals Service shall release custody of

William Toby Kimbrough from August 7, 2008, through September 7, 2008, so that said agents can

take such prisoner into custody without the necessity of the presence of a Deputy United States

Marshal.  It is also

ORDERED that any Special Agent with the Federal Bureau of Investigation shall return said

prisoner into the custody of the United States Marshals Service when they have finished with him.

DONE this _____ day of August, 2008.


_____
UNITED STATES MAGISTRATE JUDGE