IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07cr260-MHT |
| | ) | |
| WILLIAM TOBY KIMBROUGH | ) | |

### **ORDER**

Upon consideration of the government's motion for release of prisoner filed on August 6, 2008, and for good cause, it is **ORDERED** that the motion be and hereby is **GRANTED**.

It is further **ORDERED** that the United States Marshals Service shall release custody of William Toby Kimbrough from August 7, 2008, through September 7, 2008, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal.

It is also **ORDERED** that any Special Agent with the Federal Bureau of Investigation shall return said prisoner into the custody of the United States Marshals Service when they have finished with him.

DONE this 7th day of August, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE

Case 2:07-cr-00260-MHT-TFM    Document 44    Filed 08/07/2008    Page 2 of 2