IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR NO. 2:07cr260-MHT |
| | ) | |
| WILLIAM TOBY KIMBROUGH | ) | |

## MOTION TO CONTINUE SENTENCING

Comes now the United States and moves this honorable Court to continue sentencing in the above-styled cause currently scheduled to take place on September 4, 2008, and as grounds therefore states as follows:

1.  The defendant is scheduled to testify in the sentencing of United States v. Chad Brandon Smith, Cr. No. 2:07cr247-WKW.

2.  Defense counsel has been contacted and does not oppose this motion.

Wherefore, the above premises considered, the United States respectfully requests that the Court continue the sentencing of William Toby Kimbrough to a date after October 25, 2008.

Respectfully submitted this the 26th of August, 2008.

> LEURA G. CANARY
> UNITED STATES ATTORNEY
>
> /s/Nathan D. Stump
> NATHAN D. STUMP
> Assistant United States Attorney
> United States Attorney's Office
> 131 Clayton Street
> Montgomery, Alabama  36104
> Tel: (334) 223-7280
> Fax: (334) 223-7135
> E-mail: nathan.stump@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| V. | ) CR NO. 2:07cr260-MHT |
| | ) |
| WILLIAM TOBY KIMBROUGH | ) |

### CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to: Daniel G. Hamm, Esq.

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/Nathan D. Stump
NATHAN D. STUMP
Assistant United States Attorney
United States Attorney's Office
131 Clayton Street
Montgomery, Alabama  36104
Tel: (334) 223-7280
Fax: (334) 223-7135
E-mail: nathan.stump@usdoj.gov