IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:07cr260-MHT |
| WILLIAM TOBY KIMBROUGH | ) | |

## ORDER

It is ORDERED as follows:

(1) The government's motion to continue sentencing (Doc. No. 45) is granted.

(2) Sentencing for defendant William Toby Kimbrough, now set for September 4, 2008, is continued to December 11, 2008, at 10:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama.

DONE, this the 27th day of August, 2008.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE