IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:07cr260-MHT |
| | ) | (WO) |
| WILLIAM TOBY KIMBROUGH | ) | |

## ORDER

With the agreement of defendant William Toby Kimbrough, it is ORDERED that the conditions of supervised release are amended to add the following condition: Defendant William Toby Kimbrough shall not use an electronic device or computer that has internet access without the approval of the probation officer or the court. Defendant Kimbrough shall allow, at the discretion of the probation officer, installation on his electronic device or computer any hardware or software system to monitor his computer use and give the probation officer full access to any electronic device or computer. Defendant Kimbrough shall pay the cost of any monitoring equipment/service based upon his ability to pay as determined by the probation officer.

DONE, this the 1st day of December, 2014.

    /s/ Myron H. Thompson___
UNITED STATES DISTRICT JUDGE