IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | 2:07cr260-MHT |
| | ) | (WO) |
| WILLIAM TOBY KIMBROUGH | ) | |

**ORDER**

Based on the representations made in open court on January 11, 2018, it is ORDERED as follows:

(1) Based on defendant Kimbrough's guilty plea to charges 1, 2, and 4, in the revocation petition (doc. no. 100), he is adjudged guilty of these charges.

(2) Based on the evidence presented, and the findings of fact and conclusions of law by the court, defendant Kimbrough is adjudged guilty of charges 3 and 5 in the revocation petition (doc. no. 100).

(3) Sentencing is continued pending a mental-health evaluation of defendant Kimbrough at a Bureau of Prisons facility.

DONE, this the 12th day of January, 2018.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**