IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


UNITED STATES OF AMERICA,  )
                           )
            v.             )        2:07cr260-MHT
                           )             (WO)
WILLIAM TOBY KIMBROUGH      )


ORDER

Based on the representations made on the record on June 6, 2018, it is ORDERED as follows:

(1) Sentencing on the revocation petition (doc. no. 100) against defendant William Kimbrough shall resume on June 18, 2018 at 7:30 a.m., in Courtroom 2FMJ of the Frank M. Johnson Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama. .

(2) By noon on June 14, 2018, the parties are to file briefs that address the following: (a) whether defendant Kimbrough will still be subject to a term of "life" on supervised release if his term of supervised release is revoked; (b) whether his supervised release may be less, and, if so, whether there are restrictions on how much less; and (c) what impact, if any, the plea agreement entered for the original offense (doc.

no. 38)--specifically the provision in paragraph 12 where defendant Kimbrough agreed to a life term of supervised release--has on the term of supervised release the court may impose if his current term of supervised release is revoked.

DONE, this the 7th day of June, 2018.

　　　　　　　　　　　　　　　 ___/s/ Myron H. Thompson___
　　　　　　　　　　　　　　　 UNITED STATES DISTRICT JUDGE