IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | 2:07cr260-MHT |
| | ) | (WO) |
| WILLIAM TOBY KIMBROUGH | ) | |
| | ) | |

ORDER

Based on the representations made on the record on July 16, 2021, including that a new revocation petition (Doc. 181) has been filed against defendant William Toby Kimbrough for alleged events in Elmore County, Alabama, and that defendant Kimbrough is in custody for alleged events in Chilton County, Alabama, it is ORDERED that:

(1) The suspension of the requirement that defendant Kimbrough report to a halfway house in Hattiesburg, Mississippi is continued until further order of the court.

(2) Once defendant Kimbrough is back in federal custody, the court will set a conference call to discuss (a) the setting of a hearing on the newly-filed

revocation petition; (b) the continued suspension of the halfway house requirement; and (c) anything else that can be done to help defendant Kimbrough successfully complete his term of supervised release.

DONE, this the 16th day of July, 2021.

                                           /s/ Myron H. Thompson
                                        **UNITED STATES DISTRICT JUDGE**